### *Anonymous.*

The court refused to permit the general issue to be withdrawn to let in a plea of coverture in abatement, delivered after service of the general issue, though the defendant swore the general issue was pleaded without his knowledge, by a person he never meant to retain as attorney, and the plea in abatement was delivered in due time.